# Court of Appeals
# of the State of Georgia

ATLANTA,___December 07, 2015___

*The Court of Appeals hereby passes the following order:*

**A16A0551.  TORREY TERRANCE GREGORY v. THE STATE.**

In 2010, Torrey Terrance Gregory pled guilty to multiple drug crimes.[1] He later filed a "Motion to Void and Vacate Sentence," which the trial court dismissed by order entered August 26, 2015. Sixty-two days later, on October 27, 2015, Gregory filed a notice of appeal to this Court. But a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Gregory failed to file a timely notice of appeal, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___12/07/2015___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] In 2011, he filed multiple motions for out-of-time appeal, which the trial court denied. Gregory appealed to this Court, and we affirmed in an unpublished opinion. *Gregory v. State*, Case No. A13A1299, decided September 6, 2013.